# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODRIGO VALDOVINOS-HERNANDEZ,<br><br>    Defendant. | Case No. 2:25-cr-24-JAD-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Valdovinos-Hernadez has accepted the government's fast-track plea agreement. A combination change of plea and sentencing is scheduled for March 31, 2025.

2. Pursuant to the parties' plea agreement, the parties have agreed to waive the PSR and jointly request a sentence of credit time served at the time of sentencing.

3. Mr. Valdovinos-Hernandez has been in continuous custody since his initial in August 2023. At this time, Mr. Valdovinos-Hernandez has served a guideline sentence.

4. In order to effectuate the parties' joint request for effectively a guideline sentence, the parties request an order directing U.S. Probation prepare a limited PSR consisting of: 1) the anticipated guideline range and 2) criminal history.

5. The parties also requests that the Court advance Mr. Valdovinos-Hernandez's hearing so that he does not overserve a credit for time-served sentence should the Court follow the parties' recommendation.

3

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that U.S. Probation complete a limited PSR consisting of Mr. Valdovinos-Hernandez's guideline range and criminal history. Additionally, the change of plea and sentencing is advanced to Monday, March 3, 2025, at 1:30 p.m.

DATED: February 11, 2025.

_____
UNITED STATES DISTRICT JUDGE

4